Submitted on the record May 4, petition for judicial review of ballot title dismissed May 14, 1998

Henry KANE,
*Petitioner,*

*v.*

Hardy MYERS,
Attorney General,
State of Oregon,
*Respondent,*

*and*

Richard BAYER,
*Intervenor.*

(SC S45257)

957 P2d 580

Henry Kane, *pro se*, filed the petition.

Jas. Adams, Assistant Attorney General, Salem, filed the answering memorandum for respondent. With him on the answering memorandum were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

Charles F. Hinkle, ACLU Foundation of Oregon, Portland, filed the memorandum for intervenor.

Before Carson, Chief Justice, Gillette, Van Hoomissen, Durham, Kulongoski, and Leeson, Justices.

## MEMORANDUM OPINION

This is a proceeding for judicial review of a ballot title certified by the Attorney General for a proposed initiative measure. *See* ORS 250.085 (providing procedure for judicial review of ballot title). Notice of petitioner's challenge to the Attorney General's certified ballot title was not given to the Secretary of State within the time provided in ORS 250.085(4). This court therefore has no authority to review the ballot title, and the petition must be dismissed. *Sizemore v. Myers*, 327 Or 71, 957 P2d 577 (1998).

Petition for judicial review of ballot title dismissed.